IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:18-CR-9  (FJS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **SHAQUILLE BRELAND (aka "SHAQ"), and GEORVAN HARRIS (aka "BOOMER"),** | ) ) ) ) ) ) ) | Violations:   18 U.S.C. § 1513(f) [Conspiracy to Retaliate]; and 18 U.S.C. § 924(c)(1)(A) [Using Firearm During and In Relation to a Crime of Violence] |
| | ) ) | 2 Counts |
| **Defendants.** | ) ) | County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Conspiracy to Retaliate]

On or about December 9, 2017, in the Northern District of New York, the defendants, **SHAQUILLE BRELAND (aka "SHAQ") and GEORVAN HARRIS (aka "BOOMER")**, conspired to (1) attempt to kill a person with the intent to retaliate against a person for providing to a law enforcement officer information relating to the commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(a)(1)(B) and (2) threaten to cause bodily harm and damage the tangible property of a person with the intent to retaliate against a person for information relating to the commission of a federal offense given by a person to a law enforcement officer, in violation of Title 18, United States Code, Section 1513(b)(2).

In furtherance of the conspiracy, the defendants **SHAQUILLE BRELAND (aka "SHAQ") and GEORVAN HARRIS (aka "BOOMER")** took the following overt acts:

1. **SHAQUILLE BRELAND (aka "SHAQ")** chased a sedan on foot;

2. **SHAQUILLE BRELAND (aka "SHAQ") and GEORVAN HARRIS (aka "BOOMER")** chased that sedan in a sport utility vehicle driven by **GEORVAN HARRIS (aka "BOOMER")** with **SHAQUILLE BRELAND (aka "SHAQ")** as a passenger and fired shots at the sedan using a 9 mm pistol.

All in violation of Title 18, United States Code, Section 1513(f).

## COUNT 2

**[Using and Carrying Firearm During and In Relation to a Crime of Violence]**

On or about December 9, 2017 in the Northern District of New York, the defendant, **SHAQUILLE BRELAND (aka "SHAQ")**, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, that is Conspiracy to Retaliate, in violation of Title 18, United States Code, Section 1513(f), knowingly used and carried a firearm, that is, a 9 millimeter pistol, in violation of Title 18, United States Code, Section 924(c)(1)(A). That firearm was discharged, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

Dated:   January 11, 2018

A TRUE BILL,   **NAME REDACTED

_____
Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Nicolas Commandeur
Assistant United States Attorney
Bar Roll No. 518984